**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:  In re Joseph Thomas Roberts

Appellate case number:  01-21-00561-CR & 01-21-00562-CR

Trial court case number:  21-DCR-0095 & 21-DCR-0097

Trial court:  344th District Court of Chambers County

Date motion filed:  November 8, 2021

Party filing motion:  Relator, Joseph Thomas Roberts

  Relator, Joseph Thomas Roberts, has filed a motion for en banc reconsideration of this Court's November 2, 2021 opinion dismissing his petition for writ of mandamus for lack of jurisdiction. *See* TEX. R. APP. P. 49.7.

  The en banc court has unanimously voted to deny relator's motion for en banc reconsideration. It is ordered that the motion is **denied**.


Judge's signature: _____/s/ April Farris_____
     Acting for the En Banc Court*

* En banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date: ___December 14, 2021_____